Ahren A. Tiller, Esq. [SBN: 250608]
BLC Law Center, APC
1230 Columbia St., Ste 1100
San Diego, CA 92101
Phone (619) 894-8831
Facsimile: (866) 444-7026
Email: Ahren.Tiller@blc-sd.com

Attorneys for Plaintiff
AILEEN MARQUEZ

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| AILEEN MARQUEZ,<br><br>            Plaintiff,<br><br>      vs.<br><br>FINWISE BANK; OPPORTUNITY FINANCIAL, LLC d/b/a OPPLOANS; and DOES 1-10,<br><br>            Defendant, | Case No.: 3:21-cv-01394-L-BLM<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT OF ALL CLAIMS AGAINST ALL DEFENDANTS** |

**TO THE HONORABLE COURT; ALL PARTIES HEREIN, BY AND THROUGH THEIR RESPECTIVE COUNSELS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff AILEEN MARQUEZ ("Plaintiff") and Defendants FINWISE BANK; OPPORTUNITY FINANCIAL, LLC d/b/a OPPLOANS (hereinafter collectively referred to as "Defendants") have agreed to resolve this matter in its entirety, subject to the full execution of a confidential settlement agreement.

Plaintiff and Defendants intend to file a joint motion for dismissal of the entire action with prejudice as to all Defendants, including the Doe 1-10 Defendants, within thirty (30) days or less after drafting and executing said settlement agreement.

- 1 -

*AILEEN MARQUEZ v. FINWISE BANK ET. AL., - Notice of Settlement*

Therefore, in light of the settlement of all claims in these proceedings, Plaintiff respectfully requests this Court take all future hearings and deadlines in this case off calendar, and vacate any further hearings.

Dated: September 20, 2021          By:      */s/ Ahren A. Tiller*
                                            Ahren A. Tiller, Esq.
                                            BLC Law Center, APC
                                            Attorneys for Plaintiff
                                            AILEEN MARQUEZ

## PROOF OF SERVICE

I, Ahren A. Tiller, am a resident of the State of California, over the age of eighteen (18) years, and not a party to this action.  My business address is 1230 Columbia St., Ste 1100 San Diego, Ca 92101.  I am an attorney licensed to practice in the United States District Court for the Southern District of California. I possess personal knowledge of the facts contained herein, and do hereby declare as follows: On September 20, 2021 I served the following documents:

**(1) PLAINTIFF'S NOTICE OF SETTLEMENT OF ALL CLAIMS AGAINST ALL DEFENDANTS**

By the following method(s):

NOTICE OF ELECTRONIC FILING (NEF):

On September 20, 2021 I checked the CM/ECF docket for this case and determined that the parties listed below are on the Electronic Mail Notice List to receive NEF transmission.  Notice of this filing will be sent to the parties of record by operation of the Court's NEF system as described below.

On the following parties:

[x]    Ali Abugheida &nbsp &nbsp aabugheida@buckleyfirm.com, autodocket@buckleyfirm.com, ccaunca@buckleyfirm.com, docket@buckleyfirm.com, rshimek@buckleyfirm.com

[x]    James R McGuire &nbsp &nbsp JMcguire@buckleyfirm.com, autodocket@buckleyfirm.com, ccaunca@buckleyfirm.com, docket@buckleyfirm.com, rshimek@buckleyfirm.com

[x]    Laura Michele Sullivan &nbsp &nbsp laurasullivan@laurasullivanlaw.com

[x]    Michael A. Rome &nbsp &nbsp mrome@buckleyfirm.com, autodocket@buckleyfirm.com, ccaunca@buckleyfirm.com, docket@buckleyfirm.com, rshimek@buckleyfirm.com

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 20, 2021          By:    */s/ Ahren A. Tiller*
                                          Ahren A. Tiller, Esq.
                                          BLC Law Center, APC
                                          Attorneys for Plaintiff
                                          AILEEN MARQUEZ

- 3 -