Ahren A. Tiller [SBN: 250608]
BLC Law Center, APC
1230 Columbia St., Ste. 1100
San Diego, Ca 92101
Phone 619-894-8831
Fax 866-444-7026
Email ahren.tiller@blc-sd.com

Attorneys for Plaintiff
Aileen Marquez

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AILEEN MARQUEZ<br><br>            Plaintiff<br><br>     vs.<br><br>FINWISE BANK; OPPORTUNITY FINANCIAL, LLC d/b/a OPPLOANS, and DOES 1-10,<br><br><br>            Defendants. | **Case No.:** 3:21-cv-01394-L-BLM<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

TO THE HONORABLE COURT AND ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSELS OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and a confidential settlement between the Parties, Plaintiff

Aileen Marquez ("Plaintiff") hereby voluntarily dismisses the above-captioned action as to FINWISE BANK; OPPORTUNITY FINANCIAL, LLC d/b/a OPPLOANS, and DOES 1-10, (collectively as "Defendants") with prejudice, and without further notice.

In support of said dismissal, Plaintiff avers that none of the Defendants have filed an answer, motion to dismiss, or other responsive pleading.

Dated: October 13, 2021                    By:     */s/ Ahren A. Tiller*____
                                                   Ahren A. Tiller, Esq.
                                                   BLC Law Center, APC
                                                   Attorneys for Plaintiff